## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 8th day of March, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

*CMD Group*
Attn: President/CEO
P.O. Box 2246
Carol Stream, IL 60116

 

_____
Mary E. Augustine (No. 4477)

619599v1